The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement,<br><br>　　　　　Defendants. | NO. 2:20-cv-01070-RSM<br><br>TEMPORARY RESTRAINING ORDER<br><br>[PROPOSED] |

The State of Washington's Emergency Motion for Temporary Restraining Order is GRANTED. Defendants and their respective officers, agents, and employees are hereby **ENJOINED** from implementing or enforcing the "procedures and responsibilities" described in the July 6, 2020, Student and Exchange Visitor Program (SEVP) "Broadcast Message: COVID-19 and Fall 2020," in any manner or in any respect, for 14 days. Accordingly, Defendants are enjoined from promulgating the "Temporary Final Rule" referenced in the July 6, 2020 Broadcast Message. The Court further **ORDERS** Defendants to comply with the policy set forth in the March 13, 2020, Student and Exchange Visitor Program (SEVP) guidance

[PROPOSED] TEMPORARY
RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

document entitled "COVID-19: Guidance for SEVP Stakeholders," and otherwise preserve the status quo with respect to holders of F-1 and M-1 visas as it existed prior to July 6, 2020.

**SO ORDERED** this _____ day of July, 2020 at _____:_____ a.m./p.m.

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
KRISTIN BENESKI, WSBA #45478
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
Lauryn.Fraas@atg.wa.gov
Kristin.Beneski@atg.wa.gov
Spencer.Coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

[PROPOSED] TEMPORARY
RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification to all counsel of record. Counsel further certifies:

(1) a copy of the TRO Motion, the supporting declarations and exhibits, and the proposed order will be emailed to the Department of Justice promptly upon filing to the following email addresses: Rayford.Farquhar@usdoj.gov and Brian.Moran@usdoj.gov;

(2) a copy of the TRO Motion, the supporting declarations and exhibits, and the proposed order will be served upon Defendants by hand delivery at the following address:

> United States Attorney's Office
> Western District of Washington
> 700 Stewart Street, Suite 5220
> Seattle, WA 98101-1271;

and (3) a copy of the TRO motion, the supporting declarations and exhibits, and the proposed order will be served upon the federal Defendants via FedEx overnight mail, addressed as follows:

> U.S. Department of Homeland Security
> 2707 Martin Luther King Jr. Avenue SE, Mail Stop 0485
> Washington, DC 20528-0485
>
> U.S. Immigration and Customs Enforcement
> Office of the Principal Legal Advisor
> 500 12th Street SW, Mail Stop 5902
> Washington, DC 20536-5902
>
> Chad F. Wolf
> Acting Secretary of Homeland Security
> U.S. Department of Homeland Security
> 2707 Martin Luther King Jr. Avenue SE, Mail Stop 0485
> Washington, DC 20528-0485
>
> Matthew Albence
> Deputy Director
> U.S. Immigration and Customs Enforcement
> 500 12th Street SW
> Washington, DC 20536

[PROPOSED] TEMPORARY RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1       DATED this 13th day of July, 2020, at Seattle, Washington.

2

3                                        */s/ Lauryn K. Fraas*
                                       LAURYN K. FRAAS, WSBA #53238

4                                        Assistant Attorney General

[PROPOSED] TEMPORARY RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744