The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-01070-RSM |
| Plaintiff, | INDEX OF DECLARATIONS CITED IN SUPPORT OF STATE OF WASHINGTON'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement, | |
| Defendants. | |

| Declarant | Appendix Page Range |
|---|---|
| Declaration of Ana Mari Cauce | 1–11 |
| Declaration of Philip Reid | 12–18 |
| Declaration of Asif Chaudhry | 19–32 |
| Declaration of Janice Lee Yoshiwara | 33–48 |
| Declaration of Ivan L. Harrell II | 49–61 |
| Declaration of Linda Kaminski | 62–69 |
| Declaration of Michael P. Meotti | 70–76 |
| Declaration of Shouan Pan | 77–84 |
| Declaration of Linda Schactler | 85–96 |
| Declaration of Wendy Stewart | 97–104 |
| Declaration of Spencer Coates | 105–126 |

INDEX OF DECLARATIONS CITED IN
SUPPORT OF THE STATE'S
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1

DATED this 13th day of July, 2020.

2

3

ROBERT W. FERGUSON
Attorney General

4

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
KRISTIN BENESKI, WSBA #45478
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
lauryn.fraas@atg.wa.gov (206) 521-5811
kristin.beneski@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

INDEX OF DECLARATIONS CITED IN
SUPPORT OF THE STATE'S
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

2

1

## **DECLARATION OF SERVICE**

2  I hereby declare that on this day I caused the foregoing document to be electronically filed

3 with the Clerk of the Court using the Court's CM/ECF System which will send notification to all

4 counsel of record. Counsel further certifies:

5  (1) a copy of the TRO Motion, the supporting declarations and exhibits, and the proposed

6 order will be emailed to the Department of Justice promptly upon filing to the following email

7 addresses: Rayford.Farquhar@usdoj.gov and Brian.Moran@usdoj.gov;

8  (2) a copy of the TRO Motion, the supporting declarations and exhibits, and the proposed

9 order will be served upon Defendants by hand delivery at the following address:

10
11
12

United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271;

13  and (3) a copy of the TRO motion, the supporting declarations and exhibits, and the

14 proposed order will be served upon the federal Defendants via FedEx overnight mail, addressed

15 as follows:

16
17

U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE, Mail Stop 0485
Washington, DC 20528-0485

18
19
20

U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street SW, Mail Stop 5902
Washington, DC 20536-5902

21
22
23

Chad F. Wolf
Acting Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Avenue SE, Mail Stop 0485
Washington, DC 20528-0485

24
25
26

Matthew Albence
Deputy Director
U.S. Immigration and Customs Enforcement
500 12th Street SW
Washington, DC 20536

INDEX OF DECLARATIONS CITED IN
SUPPORT OF THE STATE'S
EMERGENCY MOTION FOR
TEMPORARY RESTRAINING ORDER
NO. 2:20-CV-01070-RSM

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1    DATED this 13th day of July, 2020, at Seattle, Washington.

2                                    /s/ Lauryn K. Fraas
3                                    LAURYN K. FRAAS, WSBA #53238
                                     Assistant Attorney General
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26