UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. C20-1070RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

The parties are directed to appear for a telephonic status hearing in this matter on **Wednesday, July 15, 2020 at 1:00 PM (PDT)**. The conference call information is set forth below:

Dial-in number: 888-251-2909

Access code: 1307658 #

MINUTE ORDER - 1

Plaintiff's counsel receiving this notice electronically are directed to serve any defendants who have not yet appeared with a copy of this Minute Order.

DATED this 14th day of July, 2020.

                                      WILLIAM M. McCOOL
                                      Clerk of Court

                              By   *s/ Laurie Cuaresma*, Deputy Clerk