The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>　　　　　　　　　　Defendants. | Case No. C20-01070-RSM<br><br>DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

COMES NOW Defendants, by and through their counsel, Brian T. Moran, United States Attorney for the Western District of Washington, and Kristin B. Johnson, Assistant United States Attorney for said District, pursuant to Local Civil Rule 65(b)(5), and hereby provide the Court with notice that Defendants intend to oppose Plaintiff's motion for a temporary restraining order (Dkt. No. 7). Today, the District Court for the District of Massachusetts (Boston) found that the government agreed to rescind the July 6, 2020 Policy Directive and the July 7, 2020 FAQ, and has also agreed to rescind their implementation. The government will return to the March 9, 2020 and March 13, 2020 policy, which moots Plaintiff's emergency motion for a temporary restraining order. *See President and Fellows of Harvard College et al v. United States Department of Homeland Security et al*, No. 20-11283-ADB, Dkt. No. 119 (D. Mass.). In the

DEFENDANTS' NOTICE OF INTENT TO OPPOSE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER – 1
(C20-01070-RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

event Plaintiff does not withdraw the motion for a temporary restraining order, Defendants will file an opposition within forty-eight hours after the motion was served pursuant to Local Civil Rule 65(b)(5).

RESPECTFULLY SUBMITTED this 14th day of July, 2020.

    Respectfully submitted,

    BRIAN T. MORAN
    United States Attorney

    *s/ Kristin B. Johnson*
    KRISTIN B. JOHNSON, WSBA #28189
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-7970
    Fax:    206-553-4067
    E-mail: kristin.b.johnson@usdoj.gov
    Attorney for Defendants