The Honorable Ricardo S. Martinez

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-01070-RSM |
| Plaintiff, | STIPULATION AND PROPOSED ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement, | |
| Defendants. | |

The State of Washington and the Defendants in the above-captioned case, by and through their attorneys of record, hereby stipulate as follows.

1. Defendants have agreed to rescind, on a nationwide basis, the July 6, 2020 Broadcast Message and the July 7, 2020 FAQ at issue in the above-captioned case, and have also agreed to rescind their implementation. This will preclude enforcement of the July 6, 2020 Broadcast Message and July 7, 2020 FAQ. Defendants have agreed to return to the March 9, 2020 and March 13, 2020 policy published at https://www.ice.gov/coronavirus (last visited July 15, 2020).

2. Defendants' rescission of the July 6, 2020 Broadcast Message and July 7, 2020 FAQ, and agreement to return to the status quo of the March 9 and March 13 policies, moots the State's motion for temporary restraining order (Dkt. # 3), and the State hereby withdraws this motion without prejudice at this time.

IT IS SO STIPULATED.

DATED this 16th day of July, 2020.

ROBERT W. FERGUSON
Attorney General

/s/ Lauryn K. Fraas
LAURYN K. FRAAS, WSBA No. 53238
KRISTIN BENESKI, WSBA No. 45478
SPENCER W. COATES, WSBA No. 49683
Assistant Attorneys General
Office of Attorney General of Washington
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA  98104-3188
Phone: (206) 464-7744
lauryn.fraas@atg.wa.gov
kristin.beneski@atg.wa.gov
spencer.coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

BRIAN T. MORAN
United States Attorney

/s/ Kristin B. Johnson
KRISTIN B. JOHNSON, WSBA No. 28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: kristin.b.johnson@usdoj.gov
*Attorney for Defendants*

1

**ORDER [PROPOSED]**

2

      Pursuant to stipulation, IT IS SO ORDERED.

3

4

DATE:

5

_____

6

THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26