The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement,<br><br>　　　　Defendants. | NO. 2:20-cv-01070-RSM<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

**ORDER**

Upon consideration of the parties' Joint Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to the Complaint, the State of Washington is hereby directed to file a status report by no later than October 5, 2020, and the Defendants are directed to answer or otherwise respond to the Complaint by October 19, 2020. IT IS SO ORDERED.

ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT
NO. 2:20-CV-01070-RSM

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 14th day of September, 2020.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE
ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO THE COMPLAINT
NO. 2:20-CV-01070-RSM

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744