The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement,<br><br>               Defendants. | NO. 2:20-cv-01070-RSM<br><br>JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

    Plaintiff State of Washington and Defendants in the above-captioned case, by and through their attorneys of record, having conferred, hereby state as follows:

    1.    On July 10, 2020, Plaintiff commenced this action (Dkt. # 1) and filed a motion for a temporary restraining order (TRO) to enjoin Defendants' implementation of ICE's "Broadcast Message: COVID-19 and Fall 2020," issued on July 6, 2020, (Dkt. # 4) (July 6 Broadcast Message);

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-01070-RSM

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

2. On July 14, 2020, Defendants announced the nationwide rescission of: (1) the July 6 Broadcast Message; (2) the July 7, 2020 FAQ relating to the July 6, 2020 Broadcast Message (July 7 FAQ); and (3) implementation of the July 6 Broadcast Message and July 7 FAQ;

3. On July 17, 2020, the Court entered a stipulation dismissing Plaintiff's TRO motion as moot (Dkt. # 12);

4. On September 9, 2020, the parties submitted a Joint Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to the Complaint, in which the State of Washington requested additional time to investigate its claims (Dkt. # 13);

5. On September 14, 2020, the Court granted the Joint Motion and directed the State of Washington to file a status report by October 5, 2002 (Dkt. # 14);

6. In lieu of a status report, the parties have agreed to this Joint Stipulation and Dismissal Without Prejudice;

7. The parties, having conferred, HEREBY STIPULATE AND AGREE as follows:

   a. Defendants agree not to implement or enforce the July 6, 2020 Broadcast Message and/or the July 7, 2020 FAQ;

   b. On the basis of Defendants' representations in this stipulation, the parties agree that Plaintiff's claims for relief in its Complaint (Dkt. # 1) shall be voluntarily dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

   c. Plaintiff reserves the right to challenge any attempt by Defendants to implement or enforce the July 6, 2020 Broadcast Message and/or the July 7, 2020 FAQ;

   d. All parties will bear their own fees and costs; and

   e. This stipulation is contingent upon this Court retaining jurisdiction to adjudicate any purported breach of the stipulation and enforce its terms.

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE
NO. 2:20-cv-01070-RSM

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

1  DATED this 5th day of October, 2020.

2  ROBERT W. FERGUSON
   Attorney General
3

4  */s/ Lauryn K. Fraas*
   LAURYN K. FRAAS, WSBA No. 53238
5  KRISTIN BENESKI, WSBA No. 45478
   SPENCER W. COATES, WSBA No. 49683
6  Assistant Attorneys General
   Office of Attorney General of Washington
7  Complex Litigation Division
   800 5th Avenue, Suite 2000
8  Seattle, WA 98104-3188
   Phone: (206) 464-7744
9  lauryn.fraas@atg.wa.gov
   kristin.beneski@atg.wa.gov
10 spencer.coates@atg.wa.gov
   *Attorneys for Plaintiff State of Washington*
11

12 BRIAN T. MORAN
   United States Attorney
13

14 */s/ Kristin B. Johnson*
   KRISTIN B. JOHNSON, WSBA No. 28189
15 Assistant United States Attorney
   United States Attorney's Office
16 700 Stewart Street, Suite 5220
   Seattle, WA 98101-1271
17 Phone: (206) 553-7970
   kristin.b.johnson@usdoj.gov
18 *Attorney for Defendants*

19

20

21

22

23

24

25

26

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification to all counsel of record.

DATED this 5th day of October, 2020, at Seattle, Washington.

                */s/ Lauryn K. Fraas*
                LAURYN K. FRAAS
                Assistant Attorney General

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE
NO. 2:20-cv-01070-RSM

4

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744