The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:20-cv-01070-RSM |
| Plaintiff, | ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOMS ENFORCEMENT; CHAD F. WOLF, in his official capacity as Acting Secretary of the U.S. Department of Homeland Security; and MATTHEW ALBENCE, in his official capacity as Acting Director of U.S. Customs and Immigration Enforcement, | |
| Defendants. | |

**ORDER**

Pursuant to the Parties' Joint Stipulation of Dismissal Without Prejudice, IT IS SO ORDERED. This case is hereby dismissed without prejudice.

ORDER GRANTING JOINT
STIPULATION OF DISMISSAL
NO. 2:20-CV-01070-RSM

1

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

DATED this 6th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

ROBERT W. FERGUSON
Attorney General

*/s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
KRISTIN BENESKI, WSBA #45478
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
Lauryn.Fraas@atg.wa.gov
Kristin.Beneski@atg.wa.gov
Spencer.Coates@atg.wa.gov
*Attorneys for Plaintiff State of Washington*


BRIAN T. MORAN
United States Attorney

*/s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA No. 28189
Assistant United States Attorney
kristin.b.johnson@usdoj.gov
*Attorney for Defendants*

ORDER GRANTING JOINT
STIPULATION OF DISMISSAL
NO. 2:20-CV-01070-RSM

2

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

**DECLARATION OF SERVICE**

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will send notification to all counsel of record.

DATED this 5th day of October, 2020, at Seattle, Washington.

                    */s/ Lauryn K. Fraas*
                    LAURYN K. FRAAS
                    Assistant Attorney General

ORDER GRANTING JOINT STIPULATION OF DISMISSAL
NO. 2:20-CV-01070-RSM

3

ATTORNEY GENERAL OF WASHINGTON
Complex Litigation Division
800 5th Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744